# ESNER, CHANG & BOYER
LAWYERS
SUITE 750
234 EAST COLORADO BOULEVARD
PASADENA, CALIFORNIA 91101
TELEPHONE: (626) 535-9860
FACSIMILE: (626) 535-9859

STUART B. ESNER
ANDREW N. CHANG
HOLLY N. BOYER

CERTIFIED APPELLATE SPECIALISTS,
STATE BAR BOARD OF LEGAL SPECIALIZATION

WALNUT CREEK OFFICE
35 QUAIL COURT
SUITE 303
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE (925) 937-4477
FACSIMILE (925) 937-4480

August 21, 2013

Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
San Francisco, CA

VIA ECF only (per Circuit Rule 25-2)

Re:   Bixby, et al. v. KBR, Inc, et al.
      Docket No. 13-35513 and 13-35518

Dear Sir or Madam:

I am writing out of an abundance of caution to explain why plaintiffs will not be filing their combined appellees' and cross-appellants' brief on August 26, 2013, the date that brief is currently due under the Court's existing time schedule order.

As of the writing of this letter the Court has not ruled on defendants' motion for leave to file their opening brief in excess of the word count limit. Nor has the Court ruled on the requests by amici to file briefs in support of defendants' position. Accordingly, it is not clear whether plaintiffs will be responding to the opening brief that has presently been submitted and whether plaintiffs will respond to any or all of the proposed amici briefs. Because of this uncertainty, I have telephoned the court on several occasions, including today, and have spoken to several deputy clerks. In these conversations, I have been assured that as long as the appellants' motion for leave to file oversized brief remains pending the briefing schedule is in abeyance until that motion is decided. Further, the deputy clerk (Wayne) informed me that once the motion is decided, the Court will adjust the due dates for further briefing, which is consistent with Circuit Rule 32-2 providing that "Any order that decides a motion [to exceed the type volume limitation] will make adjustments to the due date(s) for any further briefing."

Plaintiffs have been and continue to be preparing their answer brief for timely filing after the Court has decided appellants' motion for leave to file their oversized brief.

Very truly yours,

By:   /s/   Andrew N. Chang

ANC/cm

9th Circuit Case Number(s) **U.S.C.A. Docket No. 13-35513 and 13-35518**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Letter to the Court with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date)  __August 21, 2013__

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format)  _/s/    Andrew N. Chang_